UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :

                                                              :           MAGISTRATE NO. 12-2550(DEA)

                                                              :
v.
                                                              :           ORDER

DAVID MOLESKI                              :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __13TH__ day of __DECEMBER__, 2012,

ORDERED that _____DAVID SCHAFER_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause ~~until further order of the Court.~~ *for purposes of the initial appearance only.*

_____
Douglas E. Arpert
United States Magistrate Judge