RECEIVED

OCT 11 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

12-811

US District Court
Office of The Clerk
October 8, 2013

Dear William Walsh

Appeal of Citizens Protection Act of 1998

Thank you for your letter of September 19, 2013

As you might know, the Citizens Protection Act of 1998 was passed by Congress to stop the abuse by prosecutors who are more interested in their political careers that in the Supreme Court case of Berger v. United States:

*Berger v. United States*, 295 US 78, 88 (1935) overruled on other grounds, *Stirone v. United States*, 361 U.S. 212 (1960)(The United States attorney is the representative not of an ordinary party to a controversy, but of a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer. He may prosecute with earnestness and vigor-indeed, he should do so. But while he may strike hard blows, he is not at liberty to strike foul ones. It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one.

As you might be aware, the prosecutor in this case has changed his tune numerous times to try to find a way to win this case. Instead of seeking justice, he is seeking a conviction. It was my duty to file a complaint under the Citizens Protection Act of 1998 so all parties would be aware we have a runaway prosecutor.

I provided a copy of that complaint to the court to notify the court that the US Attorney has a direct conflict of interest.

I would appreciate if you would file that on the record.

Thank you for your time and consideration.

*David Moleski*

David Moleski

## CERTIFICATE OF SERVICE

On this the 8th day of October, 2013, a true and correct copy was served on Clerk of US District Court and US Attorney Tino Lisella, by first class mail, postage prepaid.

*David Moleski*

David Moleski

David Moleski
1121 S Military Tr #276
Deerfield Beach, FL 33442

WEST PALM BCH FL 334
08 OCT 2013 PM X L

0860815020

William Walsh
U.S. District Ct. Clerk
402 E State St, Rm 2020
Trenton, NJ
08608