UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

January 27, 2014
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON, U.S.D.J.

COURT REPORTER: Vincent Russoniello

Docket # CRIM 12-811-01(FLW)

TITLE OF CASE:
UNITED STATES OF AMERICA
  v.
DAVID MOLESKI
    PRESENT

APPEARANCES:
Tino Martin Lisella, & Yael T. Epstein, AUSA for Government
David Moleski, Defendant Pro Se
Darren M. Gelber, Esq.

NATURE OF PROCEEDINGS:  TRIAL
Trial w/jury moved before the Honorable Freda L. Wolfson, U.S.D.J.
Hearing on Motion [66] by Defendant for a trial continuance.
Defendant modified motion for continuance to include granting application for Stand-by Counsel be appointed as trial counsel.
Court Ordered Motion is Granted in part; Darren M. Gelber, Esq. is appointed as counsel for Defendant.
Jury selection to proceed, trial adjourned to Wednesday 1/29/14 @ 9:30 a.m.
Hearing on Motion [67] by Defendant to dismiss.
Court Ordered Motion is Denied.
Lunch break 12:30 p.m. - 1:30 p.m.
Ordered jury panel sworn; panel sworn
Ordered jurors drawn; jurors drawn
The Court commenced voir dire of jury
Number of Jurors: (15)
Number of challenges: (18)

Trial w/jury adjourned until January 29, 2014 at 9:30 a.m.

Adjourned to:_____ Time commenced: 9:30 A.M.   Time Adjourned: 5:00 p.m.

*s/Jacqueline Gore*
DEPUTY CLERK

cc: Chambers